UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case No. 21-cv-12935

SCOTT SEDORE,

        Plaintiff,

v.

NIGEL WYCKOFF, et al.,
        Defendants.

Nancy G. Edmunds
United States District Judge

Jonathan J.C. Grey
United States Magistrate Judge

_____/


**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION [32]**

This matter is before the Court on the Magistrate Judge's September 2, 2022 Report and Recommendation. (ECF No. 32.)  The Magistrate Judge recommends that the Court deny without prejudice Plaintiff's motions for summary judgment (ECF Nos. 23, 25) and grant Plaintiff's motion to voluntarily dismiss Defendants Nigel Wyckoff and Jane/John Doe (ECF No. 26). No objections have been filed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). Nevertheless, the Court has reviewed the pleadings and relevant authority and finds it agrees with the Magistrate Judge's reasoning and conclusions.

The Court therefore **ACCEPTS and ADOPTS** the Magistrate Judge's report and recommendation (ECF No. 32). Plaintiff's motions for summary judgment (ECF Nos. 23, 25) are **DENIED WITHOUT PREJUDICE** and Plaintiff's motion to voluntarily dismiss Defendants Nigel Wyckoff and Jane/John Doe (ECF No. 26) is **GRANTED**.

**SO ORDERED.**

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: September 29, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 29, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager