UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT SEDORE, | Case No. 21-12935 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| SIRENA LANDFAIR, *et al.*, | Patricia T. Morris |
| | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S MAY 17, 2023
REPORT AND RECOMMENDATION (ECF No. 47)**

Currently before the Court is Magistrate Judge Patricia T. Morris's May 17, 2023 Report and Recommendation. (ECF No. 47). Magistrate Judge Morris recommends granting Defendants' motion for summary judgment. (ECF Nos. 47, 37). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF

No. 47), **GRANTS** defendants' motion for summary judgment (ECF No. 37), and

**DISMISSES** the complaint with prejudice

    **SO ORDERED**.

Date: June 13, 2023                                             s/F. Kay Behm
                                                                        F. Kay Behm
                                                                        United States District Judge