UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SEDORE,
    Plaintiff,

v.

SIRENA LANDFAIR, et al,
    Defendants.
_____ /

Case No. 21-12935

F. Kay Behm
United States District Judge

## JUDGMENT

In accordance with the opinion and order entered on June 13, 2023, it is hereby ORDERED and ADJUDGED that this case is dismissed.

                                  KINIKIA ESSIX
                                  CLERK OF THE COURT

                          By:    s/Tammy Hallwood
                                   Deputy Clerk

APPROVED:

s/F. Kay Behm
F. Kay Behm
United States District Judge

Date: July 19, 2023
       Flint, Michigan

1